AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

NOV 2 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ESTEBAN MOLINA-VILLEGAS | CASE NUMBER: 07CR 3185-WQH |

I, ESTEBAN MOLINA-VILLEGAS , the above named defendant, who is accused of Title 8, U.S.C.,

Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature

of the charge(s), the proposed information, and of my rights, hereby waive in open court on   27 Nov 2007

prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER